# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

In re: : Case No. **11-56173**
:
**Joseph Julian Borghese, Jr.** : Chapter **13**
SSN: xxx-xx-**7622** :
: Judge **Preston**
**Brenda Jo Borghese** :
SSN: xxx-xx-**2127** :
**Debtors**. :

## DEBTORS' NOTICE OF CHANGE OF ADDRESS

Now **come Debtors**, **Joseph Julian Borghese, Jr. and Brenda Jo Borghese**, by and through counsel, and **notify** the Court and the Trustee of **their** new mailing address. The new address is: **289 Penny Lane; Powell, OH 43065.**

> Respectfully Submitted,
> MARLATT LAW OFFICE
>
> **/s/ J. Scott Marlatt**
> J. Scott Marlatt, Esq. (0076733)
> Attorney for **Debtors**
> PO Box 1575
> Westerville, OH 43086
> Telephone: (614) 523-3576
> Facsimile: (740) 990-0825
> Email: MarlattLaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by electronic transmission or regular U.S. mail on the **25th** day of **August**, **2015** upon:

Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov

Frank M Pees    trustee@ch13.org

Joseph Julian Borghese, Jr.
Brenda Jo Borghese
289 Penny Lane
Powell, OH 43065

> **/s/ J. Scott Marlatt**
> J. Scott Marlatt, Esq. (0076733)
> Attorney for **Debtors**